ORIGINAL

U.S. COURTS

98 SEP 25 AM II: 3 4

CLERK
BOISE IDAHO

1  A. LUIS LUCERO, JR.
   BARBARA J. STANDAL
2  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   909 FIRST AVENUE, SUITE 400
3  SEATTLE, WA  98104
   TEl: (206) 220-6896
4

5

6

7

8                    UNITED STATES DISTRICT COURT
                          DISTRICT OF IDAHO
9

10  EQUAL EMPLOYMENT OPPORTUNITY          )  CIV98 - 0 3 7 8 - S - BLW
    COMMISSION,                            )
11                                         )  CIVIL ACTION NO.
              Plaintiff,                   )
12                                         )  COMPLAINT
         v.                                )
13                                         )  JURY TRIAL DEMAND
    THE AMALGAMATED SUGAR                  )
    COMPANY LLC,                           )
14                                         )
                                           )
15            Defendants.                  )
                                           )
16  _____)

17                        NATURE OF THE ACTION

18        This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil

19  Rights Act of 1991 to correct unlawful employment practices on the basis of national origin and

20  to provide appropriate relief to Baltazar Garza, Alfonso Baez, Sergio Hernandez, Pioquinto

21  Gomez and Felix Gonzalez who were adversely affected by such practices.  The Equal

22  Employment Opportunity Commission alleges the defendant, The Amalgamated Sugar Company

23  LLC, violated Title VII by failing to hire or rehire Garza, Baez, Hernandez, Gomez and

24  Gonzalez, based on their national origin, Hispanic.

25

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

1

<u>JURISDICTION AND VENUE</u>

2    1.    Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337,

3    1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of

4    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) and

5    Section 102 of Civil Rights Act of 1991, 42 U.S.C. § 1981a.

6    2.    The employment practices alleged to be unlawful were and are now being

7    committed within the jurisdiction of the United States District Court for Idaho.

8

<u>PARTIES</u>

9    3.    Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is

10   the agency of the United States of America charged with the administration, interpretation and

11   enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1)

12   and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

13   4.    At all relevant times, defendant, The Amalgamated Sugar Company LLC, has

14   continuously been a corporation doing business in the State of Idaho and has continuously had at

15   least 15 employees.

16   5.    At all relevant times, defendant has continuously been an employer engaged in an

17   industry affecting commerce within the meaning of Sections 701(b), (g) and (h)

18   of Title VII, 42 U.S.C. § 2000e (b), (g) and (h).

19

<u>STATEMENT OF CLAIMS</u>

20   6.    More than thirty days prior to the institution of this lawsuit, Baltazar Garza filed a

21   charge  alleging violations of Title VII by defendant, The Amalgamated Sugar Company LLC.

22   All conditions precedent to the institution of this lawsuit have been fulfilled.

23   7.    On or about September 19, 1996, defendant engaged in unlawful employment

24   practices at its facilities in Nampa, Idaho, in violation of Section 703 (a) of Title VII, 42 U.S.C.

25   §2000-2(a).  These practices included failure to hire or rehire Baltazar Garza, Alfonso Baez,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD:  (206) 220-6882

COMPLAINT - PAGE 2

1   Sergio Hernandez, Pioquinto Gomez and Felix Gonzalez as seasonal, general laborers because

2   they spoke Spanish and were not proficient in English.  The defendant excluded the above-

3   named five Hispanic workers who had worked as seasonal laborers successfully at defendant's

4   plant in the past.

5          8.      The effect of the practice complained of in paragraph 7 has been to deprive

6   Baltazar Garza, Alfonso Baez, Sergio Hernandez, Pioquinto Gomez and Felix Gonzalez of equal

7   employment opportunities and otherwise adversely affect their status as employees, and their

8   terms and conditions of employment because of their national origin.

9          9.      The unlawful employment practices complained of in paragraph 7 were

10  intentional.

11         10.     The unlawful employment practices complained of in paragraph 7 above were

12  done with malice or with reckless indifference to the federally protected rights of Baltazar Garza,

13  Alfonso Baez, Sergio Hernandez, Pioquinto Gomez and Felix Gonzalez.

14                              PRAYER FOR RELIEF

15         Wherefore, the Commission respectfully requests that this court:

16         A.      Grant a permanent injunction enjoining defendant,The Amalgamated Sugar

17  Company LLC, its officers, agents, successors, assigns, and all persons in active concert or

18  participation with it, from engaging in any other employment practice which discriminates on the

19  basis of national origin.

20         B.      Order defendant to institute and carry out policies, practices, and programs which

21  provide equal employment opportunities for Hispanic employees and eradicate the effects of its

22  past and present unlawful employment practices.

23         C.      Order defendant to make whole Baltazar Garza, Alfonso Baez, Sergio Hernandez,

24  Pioquinto Gomez, and Felix Gonzalez, by providing appropriate back pay with prejudgment

25  interest, in amounts to be determined at trial, and other equitable and affirmative relief necessary

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD:  (206) 220-6882

COMPLAINT - PAGE 3

1    to eradicate the effects of its unlawful employment practices.

2        D.      Order defendant, The Amalgamated Sugar Company LLC, to make whole

3    Baltazar Garza, Alfonso Baez, Sergio Hernandez, Pioquinto Gomez and Felix Gonzalez, by

4    providing compensation for past and future pecuniary losses resulting from the unlawful

5    employment practices described in paragraph 7 above, including past and future out-of-pocket

6    expenses, in amounts to be determined at trial.

7        E.      Order defendant to make whole Baltazar Garza, Alfonso Baez, Sergio Hernandez,

8    Pioquinto Gomez and Felix Gonzalez by providing compensation for past and future

9    nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above,

10    including without limitation to emotional pain, suffering, mental anguish and loss of enjoyment

11    of life, in amounts to be determined at trial.

12        F.      Order defendant to pay Baltazar Garza, Alfonso Baez, Sergio Hernandez,

13    Pioquinto Gomez and Felix Gonzalez punitive damages for its malicious or reckless conduct

14    described in paragraph 7 above, in amounts to be determined at trial.

15        G.      Grant such further relief as the court deems necessary and proper in the public

16    interest.

17        H.      Award the Commission its costs of this action.

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

COMPLAINT - PAGE 4

1

## JURY TRIAL DEMAND

2

The Commission requests a jury trial on all questions of fact raised by its complaint.

3

DATED this 24 day of September, 1998.

4

5 A. LUIS LUCERO, JR.                              C. Gregory Stewart
Regional Attorney                                General Counsel

6 BARBARA J. STANDAL                               Gwendolyn Young Reams
Supervisory Trial Attorney                       Associate General Counsel

7 BY:

8
EQUAL EMPLOYMENT OPPORTUNITY

9 COMMISSION
Seattle District Office                          Office of the General Counsel

10 909 First Avenue, Suite 400                      1801 "L" Street, NW
Seattle, Washington 98104                        Washington DC  20507

11 Telephone (206) 220-6896

12

13

14

15

16

17

18

19

20

21

22

23

24

25

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

COMPLAINT - PAGE 5